No. 00–8881. REYNA-MORENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8882. NOBLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–8883. OCAMPO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8884. PROCTOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8886. HOBBY *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–8887. HOOPER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–8892. GEIDEL *v.* HORN, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS. C. A. 3d Cir. Certiorari denied.

No. 00–8895. SMITH *v.* JACKSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–8900. NICHOLS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–8902. CASAREZ-HERRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8905. JAVIER NARVAEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8906. BALTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–8908. OLANIYI-OKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8909. ANDREWSKI *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–8916. WILLIAMS *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–8917. WILLIAMSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.